UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR DONALD DARBY, JR,

    Plaintiff,

v.

Robeson County *in the State of North Carolina*,
Berlester Campbell *Administration*,
*Commissioner District 2*, Rick Harris *Manager*,
Fairmont Police Department, North Carolina State
Bureau of Investigation,
Departments - Sheriff's Departments
*Jail/Courts and Clerk*

    Defendants.

**JUDGMENT**

No. 5:15-CV-522-BR

**Decision by Court**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**This judgment filed and entered on November 23, 2016, and served on:**

Arthur Donald Darby, Jr (via US Mail at 846 King Arthur Dr., Apt. 10, Fayetteville, NC 28314 and via mail to 28 Suite Ave. Piscataway, NJ 08854)

November 23, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk